Terry R. Miller
millerte@sec.gov
Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Tel.: 303-844-1000
*Attorney for Plaintiff United States Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JASON R. ANDERSON, SCHAD BRANNON, ROYDON NELSON, BLOX LENDING, LLC, DIGITAL LICENSING, INC.,

Defendants,

and

BUSINESS FUNDING SOLUTIONS, LLC,

Relief Defendant.

**CONSENT MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS BRANNON, NELSON, AND DIGITAL LICENSING, INC.**

Case No. 2:26-cv-01066

Plaintiff, United States Securities and Exchange Commission ("SEC"), moves for entry of consent judgments as to Defendants Schad Brannon, Roydon Nelson, and Digital Licensing, Inc. ("DLI") ("Consenting Defendants"). In support of this Motion, the SEC states as follows:

1. The SEC and the Consenting Defendants have reached agreements to resolve the SEC's claims against the Consenting Defendants by entry of the attached Proposed Judgments.
2. The Consenting Defendants have signed Consents for entry of the Proposed Judgments. Those Consents are attached to this motion as Exhibit 1 (Consent of Schad Brannon), Exhibit 2 (Consent of Roydon Nelson), and Exhibit 3 (Consent of DLI).
3. Additionally, the SEC conferred with counsel for the Consenting Defendants before filing this motion. Counsel for Consenting Defendants confirmed that Consenting Defendants consent to the relief requested in this motion.
4. The Proposed Judgments to which the Consenting Defendants have consented are attached as Exhibits 4 (Proposed Judgment for Schad Brannon), Exhibit 5 (Proposed Judgment for Roydon Nelson), and Exhibit 6 (Proposed Judgment for DLI).
5. Entry of the Proposed Judgments will resolve the SEC's claims against the Consenting Defendants.

Accordingly, the SEC respectfully requests that the Court grant this Motion and enter the Proposed Judgments as to Defendants Schad Brannon, Roydon Nelson, and DLI.

Dated: October 28, 2026

Respectfully submitted,

By: *s/ Terry R. Miller*

Terry R. Miller
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone: 303-844-1041 (Miller)
303-844-1000 (Main)
Email: millerte@sec.gov

*Attorney for Plaintiff United States Securities and Exchange Commission*